IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.  05 CV 2220 - RPM - MJW

JAMES FRANKS,

   Plaintiff,

v.

DAVID ADAMS and
KAREN ADAMS

   Defendants.

_____

O R D E R
_____

   ON MOTION OF THE PLAINTIFF, and, for good cause appearing, it is hereby

   ORDERED that this case be, and hereby is, dismissed with prejudice.

   DATED: January 4th, 2006

s/Richard P. Matsch
_____
United States District Judge